Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
TAMARA F. GILES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA F. GILES | Case No.: 2:16-cv-01604-GMN-PAL |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Tamara F. Giles and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 35 days from October 27, 2016 to December 1, 2016 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

-1-

1  This request is made at the request of Plaintiff's counsel due to a calendaring error
2  and to allow additional time to fully research the issues presented. Plaintiff
3  contacted Defendant via email and Defendant does not oppose this motion.
4  Counsel sincerely apologizes to the court for any inconvenience this may have had
5  upon it or its staff

6  DATE: October 31, 2016              Respectfully submitted,
7                                      ROHLFING & KALAGIAN, LLP
8                                           /s/ *Marc V. Kalagian*
9                              BY: _____
                                    Marc V. Kalagian
10                                  Attorney for plaintiff Ms. Tamara F. Giles

11

12  DATE:  October 31, 2016
                                        DANIEL G. BOGDEN
13                                      United States Attorney

14                                           /s/ *April A. Alongi*
15                             BY: _____
                                    APRIL A. ALONGI
16                                  Assistant United States Attorney
                                    Attorneys for defendant Carolyn W. Colvin
17                                  |*authorized by e-mail|

18

19  IT IS SO ORDERED:     _____
20                                UNITED STATES MAGISTRATE JUDGE

21  DATED:  November 9, 2016

22

23

24

25

26