JOSHUA R. HARRIS
Attorney at Law, SBN 9580
MARC V. KALAGIAN
Attorney at Law, SBN 4460
     211 East Ocean Boulevard, Suite 420
     Long Beach, California 90802
     Phone:  562-437-7006
     Fax:  562-432-2935
     rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Phone:  415-977-8954
     Fax:  415-744-0134
     april.alongi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA F. GILES, | ) Case No:  2:16-cv-01604-GMN-PAL |
|      Plaintiff | ) |
| | ) |
|   v. | ) **JOINT STIPULATION FOR EXTENSION** |
| | ) **OF TIME TO FILE DEFENDANT'S** |
| | ) **CROSS-MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security,[1] | ) **(First Request)** |
| | ) |
|      Defendant. | ) |
| | ) |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

1    Plaintiff Tamara F. Giles (Plaintiff) and Defendant Nancy A. Berryhill, Acting
2  Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,
3  to an extension of time for the Commissioner to file her Cross-Motion To Affirm by forty-five
4  days from January 23, 2017 to March 9, 2017, with all other dates in this Court's Scheduling Order
5  extended accordingly.  This is the Commissioner's first request for an extension.
6    ///
7    ///
8    ///
9    ///
10    ///
11    ///
12    ///
13    ///
14    ///
15    ///
16    ///
17    There is good cause because, since Plaintiff filed her Motion For Reversal And/Or Remand
18  (Plaintiff's Motion), counsel has been handling a large number of District Court cases in addition
19  to this one, with two briefs due today, four additional ones due within the next three weeks, and
20  will be out of the office for the entire month of February.  Additionally, the Commissioner's
21  counsel was out of the office on approved use-or-lose leave in December and was on official travel
22  for three days last week for a deposition and witness preparation meetings.  Further, counsel has
23  had numerous other deadlines in the past month, including other District Court briefs, numerous
24  settlement conferences, and ongoing discovery in an employment case.  As a result, the
25  Commissioner needs additional time to properly respond to the issues Plaintiff raised in her
26

1   Motion.  Plaintiff has no objection.

2

3                                              Respectfully submitted,

4   Date:    January 24, 2017                  JOSHUA R. HARRIS
                                               Attorney at Law
5

6                                   By:    */s/* *Marc V. Kalagian*_____
                                               MARC V. KALAGIAN
7                                              Attorney at Law
                                               *by email authorization on 1/24/16
8
                                               Attorneys for Plaintiff
9

10
    Date:    January 24, 2017                  DANIEL G. BOGDEN
11                                             United States Attorney
                                               BLAINE T. WELSH
12                                             Chief, Civil Division

13                                  By:    */s/ April A. Alongi*_____
                                               APRIL A. ALONGI
14                                             Special Assistant United States Attorney

15                                             Attorneys for Defendant

16

17

18                                             IT IS SO ORDERED.

19

20

21

22   DATE:    January 25, 2017              _____
                                               THE HONORABLE PEGGY A. LEEN
23                                             United States Magistrate Judge

24

25

26

                                        -3-

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notice, on:

      MARC V. KALAGIAN
      Attorney at Law
           rohlfing.kalagian@rksslaw.com

Date:   January 24, 2017          DANIEL G. BOGDEN
                                United States Attorney
                                BLAINE T. WELSH
                                Chief, Civil Division

                        By:    */s/ April A. Alongi*
                                  APRIL A. ALONGI
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant