JOSHUA R. HARRIS
Attorney at Law, SBN 9580
MARC V. KALAGIAN
Attorney at Law, SBN 4460
    211 East Ocean Boulevard, Suite 420
    Long Beach, California 90802
    Phone:  562-437-7006
    Fax:  562-432-2935
    rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMARA F. GILES, <br><br>       Plaintiff <br><br>   v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] <br><br>       Defendant. | Case No:  2:16-cv-01604-GMN-PAL <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** <br><br> **(Second Request)** |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

1    Plaintiff Tamara F. Giles (Plaintiff) and Defendant Nancy A. Berryhill, Acting
2 Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,
3 to an extension of time for the Commissioner to file her Cross-Motion To Affirm by thirty days
4 from March 9, 2017 to April 10, 2017, with all other dates in this Court's Scheduling Order
5 extended accordingly. This is the Commissioner's second request for an extension.
6    ///
7    ///
8    ///
9    ///
10   ///
11   ///
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   There is good cause because, since the Commissioner's prior extension, counsel has been
19 out of the office on approved leave for more than one month. Since returning to the office, the
20 Commissioner's counsel has been handling a large number of District Court cases in addition to
21 this one, with three other briefs due this week, two due next week, and two due the following week.
22 Further, counsel has numerous other deadlines this month, including ongoing discovery in an
23 employment case and a hearing in an administrative matter next week. As a result, the
24 Commissioner needs additional time to properly respond to the issues Plaintiff raised in his Motion
25 For Reversal And/Or Remand. Counsel apologizes for the delay and makes this request in good
26

1 | faith. Plaintiff has no objection.

2 |                                                  Respectfully submitted,

3 | Date:   March 9, 2017            JOSHUA R. HARRIS
                                                    Attorney at Law

By:   */s/\* Marc V. Kalagian*
      MARC V. KALAGIAN
      Attorney at Law
      \*by email authorization on 3/9/17

Attorneys for Plaintiff

Date:   March 9, 2017            DANIEL G. BOGDEN
                                                    United States Attorney
                                                    BLAINE T. WELSH
                                                    Chief, Civil Division

By:   */s/ April A. Alongi*
      APRIL A. ALONGI
      Special Assistant United States Attorney

Attorneys for Defendant


IT IS SO ORDERED.


DATE:  March 15, 2017            _[signature]_
                                                    THE HONORABLE PEGGY A. LEEN
                                                    United States Magistrate Judge

-3-

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (Second Request) to be served, via CM/ECF notice, on:

MARC V. KALAGIAN
Attorney at Law
rohlfing.kalagian@rksslaw.com

Date:  March 9, 2017                                    DANIEL G. BOGDEN
                                                        United States Attorney
                                                        BLAINE T. WELSH
                                                        Chief, Civil Division

                                        By:    */s/ April A. Alongi*
                                               APRIL A. ALONGI
                                               Special Assistant United States Attorney

                                               Attorneys for Defendant