AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TAMARA F. GILES

              Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01604-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered awarding Attorney Fees in favor of Plaintiff in the amount of $3,800.00.

January 2, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk