AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Tamara F. Giles,

             Plaintiff,

v.

Carolyn W. Colvin,

             Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-01604-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Tamara Giles' attorney, Marc Kalagian, is awarded attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $11,500.00. IT IS FURTHER ORDERED that Marc Kalagian shall reimburse plaintiff Tamara Giles the amount of $3,800.00 for EAJA fees previously paid by the Commissioner.

12/2/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk